BB FRÖSCH LLC
JKKJKK TRUST
JASON SMITH
KRISTIN SMITH
4968 Danube Ave
Las Vegas, NV 89141

All Defendants

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

JOLIE DESIGN & DECOR, INC. ET AL        Case #2:16-cv-00145

    Plaintiff,

v.

BB FRÖSCH LLC ET AL

## DEFENDANTS MOTION FOR PROGRAM CONSIDERATION

Now into court, without counsel, come Defendants BB FRÖSCH LLC, JKKJKK TRUST, JASON SMITH AND KRISTIN SMITH, who respectfully file this Motion for Program consideration into the Nevada Pro Bono Project. We respectfully request to meet with the Judge to explain why we are most certainly eligible for this Program. As we are a small business and do not have the endless resources that Plaintiff has, we are certain

that this is a reasonable request.  We will be filing a MOTION FOR EXTENSION OF TIME to retain counsel, in conjunction with this Motion.

## CERTIFICATE OF DELIVERY

I, Jason Smith, certify that I personally filed this Motion, with the District of Nevada in person on March 29, 2018.

*[signature]*

Jason Smith
4968 Danube Ave
Las Vegas, NV 89141