# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> BB FROSCH, LLC, THE JKKJKK TRUST; JASON SMITH and KRISTIN SMTIH, *et al.*, <br><br> Defendants. | 2:18-cv-00145-JAD-VCF <br> **ORDER** |

Before the Court is *Jolie Design & Décor, Inc., et al., v. BB Frosch, LLC, et al.*, case number 2:18-cv-00145-JAD-VCF.

The Court held a hearing on April 5, 2018 at 3:30 PM. Defendants failed to appear.

Pursuant to Local Rule IA 11-8, "[t]he Court may, after notice and an opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

Here, Defendants have failed to comply with Court Order ECF No. 60.

Accordingly,

IT IS HEREBY ORDERED that a show cause hearing is scheduled for 1:00 PM, May 7, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that Defendants must file a response on or before April 27, 2018, showing cause why sanctions should not be imposed against them for failing to comply with Court Order ECF No. 60.  No reply needed.

DATED this 5th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE