Jason Smith
PO Box 779
Hurricane, UT 84737

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 11 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

JOLIE DESIGN & DECOR, INC. and
ANNIE SLOAN INTERIORS, LTD,

    Plaintiffs,                                            CASE: 2:18-cv-00145

vs.

BB FROSCH LLC, THE JKKJKK TRUST,
JASON SMITH, AND KRISTIN SMITH

    Defendants

Before the Court are Defendants with a response to Court Order EFC 60. Defendants were in the process of moving their office and their home. Mail had been held at the local Post Office and received on April 10th. Had defendants been aware in time of the scheduled Hearing, they most certainly would have been in attendance. Defendants would like to offer their sincere apologies to the Court and to opposing Counsel for this incident. Defendants wish to petition the Court for a bit of latitude given the circumstances.

Defendants are aware of the "Show Cause" Hearing scheduled for May 7 at 1:00 PM and would propose to the court that it use this opportunity to discuss Defendants Motion for Program Consideration (EFC 58) and

Motion for Extension of Time (EFC 59.)  Defendants will be present as ordered by the Court.

Certification of Delivery:

I certify that I have personally filed this Response on Wednesday April 11, 2018 with the UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA.

*[signature]*

JASON SMITH and Others
DEFENDANTS