# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiff, <br><br> vs. <br> BB FROSCH, LLC, THE JKKJKK TRUST; JASON SMITH and KRISTIN SMITH, *et al.*, <br><br> Defendants. | 2:18-cv-00145-JAD-VCF <br> **<u>ORDER</u>** |

Before the Court are J. Matthew Miller III and Raymond G. Areaux Motion to Withdraw as Counsel of Record for Plaintiffs (ECF No. 71) and Substitution of Counsel (ECF No. 72).

No opposition has been filed to the Motion to Withdraw (ECF No. 71) and the time to file an opposition has passed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

J. Matthew Miller III and Raymond G. Areaux may withdraw as counsel of record for Plaintiffs Jolie Design & Décor, Inc. and Annie Sloan Interiors, Ltd. Miller and Areux state that F. Christopher Austin and the law firm of Weide & Miller, Ltd. will remain as counsel of record for Plaintiffs Annie Sloan Interiors, Ltd. and Jolie Design & Décor, Inc.

On June 5, 2018, a Substitution of Counsel was filed, substituting Paras B. Barnett, Esq. as counsel of record for Plaintiff Jolie. (ECF No. 72).

Accordingly, and for good cause shown,

1  IT IS HEREBY ORDERED that J. Matthew Miller III and Raymond G. Areaux Motion to
2  Withdraw as Counsel of Record for Plaintiffs (ECF No. 71) is GRANTED.
3  IT IS FURTHER ORDERED that the Substitution of Counsel (ECF No. 72) is GRANTED.

5  DATED this 6th day of June, 2018.

    _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE