**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiffs, <br><br> vs. <br> BB FROSCH, LLC'S THE JKKJKK TRUST; JASON SMITH and , <br><br> Defendant. | 2:18-cv-00145-JAD-VCF <br> **REPORT & RECOMMENDATION** |

On May 7, 2018, the Court held a hearing on an Order to Show Cause. (ECF No. 70). Jason Smith, a managing representative of BB Frosch, LLC and JKKJKK Trust, appeared at the show cause hearing. He was advised that if BB Frosch, LLC and JKKJKK Trust do not retain counsel by June 6, 2018, the Court will enter a Report and Recommendation to the District Judge that they be defaulted. To date, BB Frosch, LLC and JKKJKK Trust failed to retain counsel.

For the reasons discussed below, the Court recommends entering default against BB Frosch, LLC and JKKJKK Trust.

"Corporations and other unincorporated associations must appear in court through an attorney." *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam). In addition, "Courts have inherent power in the interest of the orderly administration of justice and under Rule 41(b), FRCP, to dismiss for disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement Litig.*, 94 F.R.D. 105, 108 (D. Nev. 1982). Here, BB Frosch LLC and JKKJKK Trust have failed to follow court order and have failed to retain counsel in this case. It is appropriate that default be entered against BB Frosch LLC and JKKJKK Trust.

Accordingly, and for good cause shown,

IT IS HEREBY RECOMMENDED that DEFAULT be entered against BB Frosch LLC and JKKJKK Trust for failure to maintain counsel and obey the Court's order.

The Clerk of Court is directed to mail a copy of this order the following addresses:

BB Frosch LLC and JKKJKK Trust
PO Box 779
Hurricane, UT  48737

BB Frosch LLC and JKKJKK Trust
4968 Danube Ave
Las Vegas, Nevada  89141

DATED this 8th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE