# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JOLIE DESIGN & DECO, INC. and ANNIE SLOAN INTERIORS, LTD.,

        Plaintiffs,

vs.

BB FROSCH, LLC, *et al.*,

        Defendants.

2:18-cv-000145-JAD-VCF

**ORDER**

On May 7, 2018, the Court held a hearing on an Order to Show Cause. (ECF No. 70). Jason Smith, a managing representative of BB Frosch, LLC and JKKJKK Trust, appeared at the show cause hearing. He was advised that if BB Frosch, LLC and JKKJKK Trust do not retain counsel by June 6, 2018, the Court will enter a Report and Recommendation to the District Judge that they be defaulted. BB Frosch, LLC and JKKJKK Trust failed to retain counsel by June 6, 2018. The undersigned entered a Report and Recommendation recommending default on June 8, 2018 at 3:30 PM. (ECF No. 75). At 4:43 PM, June 8, 2018, Kurt A. Smith, Esq. entered a Notice of Appearance of Counsel for BB Frosch, LLC and JKKJKK Trust. (ECF No. 76).

Accordingly,

IT IS HEREBY ORDERED that the time to file an objection to the Report and Recommendation (ECF No. 75) is STAYED pending further order of this court.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 AM, June 28, 2018, in Courtroom 3D.

DATED this 11th day of June, 2018.

                                                                                 CAM FERENBACH
                                                                                 UNITED STATES MAGISTRATE JUDGE