# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> BB FROSCH, LLC'S THE JKKJKK TRUST; JASON SMITH and , <br><br> Defendant. | 2:18-cv-00145-JAD-VCF <br> **ORDER** |

Plaintiff Jolie Design & Décor, Inc. filed a Notice of Voluntary Dismissal of Defendants BB Frosch, LLC, The JKKJKK Trust, Jason Smith and Kristin Smith (ECF NO. 78). Plaintiff Annie Sloan Interiors, LTD. has not dismissed any claims against defendants.

Accordingly,

IT IS HEREBY ORDERED that any objection to the Report and Recommendation (ECF No. 75) must be filed on or before July 2, 2018.

DATED this 18th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE