# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jolie Design & Decor, Inc., et al.,

    Plaintiffs,

v.

BB Frosch, LLC, et al.,

    Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00145-JAD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Annie Sloan Interiors, Ltd., and against Defendants, BB Frosch, LLC and JKKJKK Trust.

7/11/2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk