F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
*Attorneys for Plaintiff Annie Sloan Interiors, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BB FROSCH, LLC; THE JKKJKK TRUST; JASON SMITH and KRISTIN SMITH, et al., <br><br> Defendants. | Case No.: 2:18-cv-00145-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO SET ASIDE DEFAULT** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed. R. Civ.P. 6(b)(1)(A), Plaintiff Annie Sloan Interiors, Ltd., ("Plaintiff" or Annie Sloan"), and Defendants BB Frosch, LLC and The JKKJKK Trust ("Defendants"), by and through their undersigned counsel, stipulate to extend the deadline for Annie Sloan to file its Opposition ("Opposition") to Defendants' Motion to Set Aside Default (ECF 84), filed on October 26, 2018, from November 9, 2018, to November 16, 2018, with Defendants' Reply to be due on November 30, 2018. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). There is good cause for this extension.

Annie Sloan is a foreign company organized under the laws of the United Kingdom and had formerly coordinated its legal actions in the United States connection with its former U.S. distributor. That coordination has now ended. Accordingly, Annie Sloan requests this extension

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0824

1

so that it may have adequate time to confer with the undersigned counsel regarding Defendants' Motion and Annie Sloan's Opposition to it. Defendants' deadline to file their Reply is similarly extended to accommodate the Thanksgiving Holiday.  Neither party will be prejudiced by the stipulation.

Accordingly, the Parties hereby stipulate that the deadline for Annie Sloan to file its Opposition to Defendants Motion to Set Aside Default (ECF No. 84) shall be extended from November 9, 2018, to November 16, 2018, and Defendants' Reply to the same shall be due November 30, 2018.

DATED: November 9, 2018.

| | |
|---|---|
| */s/ F. Christopher Austin* | */s/ Kurt A. Smith* |
| F. Christopher Austin, Esq. | Kurt A. Smith, Esq. |
| caustin@weidemiller.com | SMITH LEGAL GROUP |
| **WEIDE & MILLER, LTD.** | 1701 N. Green Valley Pkwy., Suite 4-C |
| 10655 Park Run Drive, Suite 100 | Henderson, NV 89074 |
| Las Vegas, NV 89144 | info@thelegalsmith.com |
| | |
| *Attorneys for Plaintiff Annie Sloan Interiors, Ltd.* | *Attorney for The JKKJKK Trust and BB Frosch, LLC* |

**ORDER**

IT IS SO ORDERED

Dated: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0824                    2