F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
*Attorneys for Plaintiff Annie Sloan Interiors, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC., and ANNIE SLOAN INTERIORS, LTD., <br><br> Plaintiff, <br> v. <br><br> BB FROSCH, LLC; THE JKKJKK TRUST; JASON SMITH and KRISTIN SMITH, et al., <br><br> Defendants. | Case No.: 2:18-cv-00145-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed. R. Civ.P. 6(b)(1)(A), Plaintiff Annie Sloan Interiors, Ltd., ("Plaintiff"), and Defendants BB Frosch, LLC and The JKKJKK Trust ("Defendants"), by and through their undersigned counsel, stipulate to extend the deadline for Plaintiff to file its Response ("Response") to Defendants' Objection to Report and Recommendation (ECF 89), filed on December 12, 2018, from December 26, 2018, to January 19, 2019. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). There is good cause for this extension given the impending Christmas holiday season. Plaintiff's counsel also requests the extension because he has a 9th Circuit opening brief due the second week of January which largely will preclude work on other matters. Neither party will be prejudiced by the stipulation.

Accordingly, the Parties hereby stipulate that the deadline for Plaintiff to file its Response

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0839           1

to Objection to Report and Recommendation (ECF No. 89) shall be extended from December 26, 2018, to January 19, 2019.

DATED: December 13, 2018.

| | |
|---|---|
| */s/ F. Christopher Austin* | */s/ Kurt A. Smith* |
| F. Christopher Austin, Esq. | Kurt A. Smith, Esq. |
| caustin@weidemiller.com | SMITH LEGAL GROUP |
| **WEIDE & MILLER, LTD.** | 1701 N. Green Valley Pkwy., Suite 4-C |
| 10655 Park Run Drive, Suite 100 | Henderson, NV 89074 |
| Las Vegas, NV 89144 | info@thelegalsmith.com |
| *Attorneys for Plaintiff Annie Sloan Interiors, Ltd.* | *Attorney for The JKKJKK Trust and BB Frosch, LLC* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: December 14, 2018.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804